# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                  CASE No. 4:19cr00030-SA-JMV

GEORGE JEFFERSON

## ORDER GRANTING MOTION FOR CONTINUANCE OF ARRAIGNMENT

Before the Court is Defendant George Jefferson's Motion for Continuance of Arraignment Date [27]. Hearing no objection, the undersigned finds the arraignment scheduled for June 26, 2019, is hereby CONTINUED. The matter will be reset by separate notice.

**SO ORDERED** this 24th day of June, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**