IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 4:19cr30-SA-JMV-1

GEORGE JEFFERSON

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **John H. Daniels III July 26, 2019,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **John H. Daniels III** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **John H. Daniels III** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 26th day of July, 2019.

UNITED STATES MAGISTRATE JUDGE