IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                CRIMINAL ACTION NO.: 4:19-CR-30-SA

GEORGE JEFFERSON

ORDER

Pursuant to the change of plea hearing held on Monday, October 28, 2019, and the Defendant's adjudication of guilt, the Court finds the Defendant's pending Motion to Suppress [22] MOOT, and the relief requested is hereby DENIED without prejudice as such.

IT IS SO ORDERED, on this the 29th day of October, 2019.

                                                       /s/ Sharion Aycock
                                                          U.S. DISTRICT JUDGE